DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2013

| 026P10-2 | Jorge Galeas, Jr. v. FNU Muro, FNU McKnight, FNU Condrey, FNU Gatling, A Cordy, FNU Graham, Colbert L. Respass, Felix C. Taylor, Randy Cartwright, George T. Soloman, FNU Madry, FNU Gray, and FNU Akbar | Plt's *Pro Se* Motion for Complaint | Dismissed |
|---|---|---|---|
| 047P02-16 | State v. George W. Baldwin | 1. Def's *Pro Se* Petition for *Writ of Habeas Corpus*<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Denied **12/04/2013**<br><br>2. Allowed **12/04/2013** |
| 051PA13 | Jacques A. Dallaire and wife, Fernande Dallaire v. Bank of America N.A., Homefocus Services, LLC, and Landsafe Services, LLC | Def's (Bank of America N.A.) Motion for Extension of Time to File Reply Brief | Allowed **11/26/2013**<br><br>**Beasley, J., recused** |
| 089P13 | Lashanda Shaw v. The Goodyear Tire & Rubber Company | Plt's Motion for Reconsideration | Dismissed<br><br>**Beasley, J., Recused** |
| 104P11-5 | State v. Titus Batts | Def's *Pro Se* Motion to Dismiss | Dismissed |
| 112P13 | In the Matter of: A.N.C., Jr. | Juvenile's PDR Under N.C.G.S. § 7A-31 (COA12-482) | Denied |
| 116PA13 | Sheila Gregory, Administratrix of the Estate of Travis Bryan Kidd v. Barry Blaine Pearson, in his Individual Capacity<br>Sheila Gregory, Administratrix of the Estate of Travis Bryan Kidd v. Cleveland County, Self-McNeilly Solid Waste Management Facility | N.C. Advocates for Justice's Motion for Leave to File Amicus Brief | Allowed<br><br><br><br>**Beasley, J., recused** |